IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD KYLE REEVES, #255472, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:08cv821-TMH |
| | ) | |
| DR. SIDEGG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On November 6, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. Plaintiff's claims against Defendants Thomas, Holmes, Ligon, Moore, Ruffnie, Williams, Burney, Perkins, Jones, Giles, Mason, Carter, Nettles, "all medical staff here at Bullock County Correctional Facility," Beechum, Andrews, and Burden be and are hereby DISMISSED.

3. Defendants Thomas, Holmes, Ligon, Moore, Ruffnie, Williams, Burney, Perkins, Jones, Giles, Mason, Carter, Nettles, "all medical staff here at Bullock County Correctional Facility," Beechum, Andrews, and Burden be and are hereby DISMISSED without prejudice as parties to the complaint; and

    4.    That this case be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 3rd day of December, 2008.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE