IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RICHARD KYLE REEVES, #255472,    )
                                 )
         Plaintiff,              )
                                 )
v.                               )    CIVIL ACTION NO.  2:08cv821-TMH
                                 )              (WO)
NURSE CURRY, *et al.*,           )
                                 )
         Defendants.             )

**OPINION and ORDER**

This litigation is now before the court on the recommendation of the United States

Magistrate Judge entered on March 13, 2009 (doc. # 31), that this case be dismissed without

prejudice.  After a review of the recommendation, to which no timely objections have been

filed, and after an independent review of the entire record, the court believes that the

recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be

and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice.

An appropriate judgment will be entered.

Done this the 8th day of April, 2009.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE